**ORIGINAL**

# United States Court of Federal Claims
No. 16-425 C

Filed: April 18, 2016

| | |
|---|---|
| JONG SHIN, pro se  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> THE UNITED STATES,  )  <br> )  <br> Defendant.  )  <br> ) | **FILED**  <br> APR 18 2016  <br> U.S. COURT OF  <br> FEDERAL CLAIMS |

## ORDER

On March 22, 2016, plaintiff, proceeding *pro se*, filed a complaint seeking various forms of relief. Plaintiff is incarcerated in upstate New York. His complaint alleges various violations of his constitutional rights, evidently arising from his trial and conviction. This Court's authority to hear cases is primarily defined by the Tucker Act, which grants this Court subject matter jurisdiction over claims against the United States that are founded on a money mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1). Plaintiff's allegations are manifestly without the jurisdiction of this court, and judicial economy does not permit us to consider his complaint further. Upon *sua sponte* review, the Court has determined it has no authority to decide plaintiff's case, and therefore must dismiss his complaint pursuant to Rule 12(h)(3) of the Rules of the Court of Federal Claims.

Pursuant to Rule 12(h)(3), plaintiff's complaint is **DISMISSED**. The Clerk is hereby directed to take the necessary steps to dismiss this matter. Furthermore, the Clerk is directed to return any related filing fees to the plaintiff upon dismissal.

**IT IS SO ORDERED.**

Loren A. Smith, Judge
For Judge Robert H. Hodges